Nov. Term,
1858.
———
DUGDALE
v.
MARINE.

cost of freight from *Lawrenceburgh* to *New Orleans* was six dollars per ton. The *Masons* paid the steamboat for taking the hay from the place of disaster to the point of destination, ten dollars per ton, making an increase of freight of four dollars per ton, upon the theory of the above cited case, that no freight had been earned by the flat-boatman. That is, deducting the total amount of the flatboat's freight (six dollars per ton) from amount paid the steamboat (ten dollars per ton), leaving four dollars per ton as the extra freight paid.

———————

DUGDALE *v.* MARINE.

The assignor of a promissory note is not liable on the assignment where no suit has been brought by the assignee against the maker, unless, at the time the note became due, the maker had no property subject to execution.

*Friday,*
*December 3.*

APPEAL from the *Wayne* Court of Common Pleas.

DAVISON, J.—*Marine* sued *Dugdale* as assignor of two promissory notes—one for the payment of 70 dollars, and the other for 200 dollars. The notes were each executed by one *Alfred Shinn* to *Dugdale*, and by him assigned to *Marine*, who was the plaintiff.

The complaint avers that *Shinn*, on the 25th of *December*, 1856, the day on which the notes severally became due and payable, was, and at all times since has been, and still is, notoriously insolvent; and that the notes remain unpaid, &c.

The main question involved in the assignment of errors is, whether the evidence given on the trial proves the insolvency of the maker of the notes, as alleged in the complaint. In this instance, no suit appears to have been brought by the assignee against the maker, and when that is not done, the assignor is not liable on the assignment, unless, at the time the notes became due, the maker had no property subject to execution. 1 Blackf. 181.—8 *id.* 304.—7 Ind. R. 247.

At the proper time, the defendant moved to suppress various portions of depositions taken by the plaintiff to be read in evidence in the cause. The motion was decided

by the Court, but whether correctly or not, is a question <span>Nov. Term, 1858.</span> not important in the consideration of the case; because, in our opinion, the evidence given, and to the admission <span>McKane v. The State.</span> of which there was no objection raised, sustains the case made by the complaint.

*Per Curiam.*—The judgment is affirmed, with 5 per cent. damages and costs.

*J. Perry*, for the appellant.

*J. B. Julian*, for the appellee.